```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID P. KOWAL (SBN 188651)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:     (213) 894-5136
         Facsimile:     (213) 894-0142
 7       E-mail:        david.kowal@usdoj.gov
 8
                    UNITED STATES DISTRICT COURT
 9
    FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
    LARIO JAVIER AVILA,            )   Case No. CV 09-7440-JFW
11                                 )        (CR 04-1677-JFW)
         Defendant-Petitioner,     )
12                                 )   ORDER
              v.                   )
13                                 )
    UNITED STATES OF AMERICA,      )
14                                 )
                                   )
15       Plaintiff-Respondent.     )
                                   )
16                                 )
    _____)
17
18
19       GOOD CAUSE BEING SHOWN, the government's motion to extend
20  the time to file its Response to the Motion to Vacate/Set Aside/
21  Correct Sentence (the "motion") is granted.
22       The government shall file a Response to the motion on or
23  before January 11, 2010.  Thereafter the matter will be taken
24  under submission and an order will be issued in due course.
25
    DATED:  November 25, 2009
26
                                          _____
27
                                          HON. JOHN F. WALTER
28                                        United States District Court
```