1  GEORGE S. CARDONA
   Acting United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   DAVID P. KOWAL (SBN 188651)
4  Assistant United States Attorney
        1400 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:     (213) 894-5136
        Facsimile:     (213) 894-0142
7       E-mail:        david.kowal@usdoj.gov

              UNITED STATES DISTRICT COURT

         FOR THE CENTRAL DISTRICT OF CALIFORNIA

LARIO JAVIER AVILA,              )  Case No. CV 09-7440-JFW
                                 )       (CR 04-1677-JFW)
        Defendant-Petitioner,    )
                                 )  ORDER
              v.                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
        Plaintiff-Respondent.    )
                                 )
                                 )
_____)

       GOOD CAUSE BEING SHOWN, the government's motion to extend the time to file its Response to the Motion to Vacate/Set Aside/ Correct Sentence (the "motion") is granted.

       The government shall file a Response to the motion on or before February 15, 2010.  Petitioner may file a reply brief on or before March 15, 2010.  Thereafter the matter will be taken under submission and an order will be issued in due course.

DATED: January 12, 2010

                                    _____
                                    HON. JOHN F. WALTER
                                    United States District Court