ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (SBN 188651)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5136
    Facsimile:  (213) 894-0142
    E-mail:  david.kowal@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARIO JAVIER AVILA,<br>    Defendant-Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | Case No. CV 09-7440-JFW<br>    (CR 04-1677-JFW)<br><br>ORDER<br><br>NOTE: CHANGES MADE BY THE COURT |

GOOD CAUSE BEING SHOWN, the government's motion to extend the time to file its Response to the Motion to Vacate/Set Aside/ Correct Sentence (the "motion") is granted.

The government shall file a Response to the motion on or before December 15, 2010. Petitioner may file a reply brief on or before January 15, 2011. Thereafter the matter will be taken under submission and an order will be issued in due course.

The Court will not grant any additional requests for continuance by the Government.

DATED: November 2, 2010

                                          HON. JOHN F. WALTER
                                          United States District Court