

FEB 23 2011

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LARIO JAVIER AVILA,

    Petitioner,

VS.

UNITED STATES OF AMERICA,

    Respondents,

CV 09-7440-JFW
(CR 04-1677-JFW)

ORDER

IT IS HEREBY ORDERED that Petitioner shall have until April 15, 2011, in which to file a response to the over-sized Government's Brief to the Defendant's § 2255 petition.

IT IS SO ORDERED

Dated 2/22/11

JOHN F. WALTER
United States District Judge